IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTA TACKER                                                                     PLAINTIFF

v.                             No. 4:22-cv-40-DPM

UNUM LIFE INSURANCE COMPANY
OF AMERICA and KINDRED
HEALTHCARE LLC                                                                  DEFENDANTS

JUDGMENT

Tacker's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2023